ORIGINAL

PANGELINAN_F.gar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 31 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANK PAUL PANGELINAN, ) <br> ) <br> Defendant, ) <br> ) <br> GREENSCAPES, ) <br> ) <br> Garnishee. ) | CRIMINAL CASE NO. 99-00157 <br><br> **STIPULATED MOTION FOR A WRIT OF CONTINUING GARNISHMENT** |

WHEREAS Defendant, FRANK PAUL PANGELINAN, P.O. Box XXXXX, GMF Barrigada, Guam 96921, Social Security Number XXX-XX-3903, has requested that wages paid to the judgment defendant, in the amount of $100.00 per pay period be made payable to the Clerk, U.S. District of Guam for payment toward his restitution that is due and owing;

//

//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, FRANK PAUL PANGELINAN, hereby jointly move the Court for an order of a writ of continuing garnishment on the wages paid to the judgment defendant, in the amount of $100.00 per pay period, until his restitution obligation is paid in full.

Dated: 3/19/04

FRANK PAUL PANGELINAN
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 3/30/06    By:

MARIVIC P. DAVID
Assistant U.S. Attorney