PANGELINAN_F.gar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
APR - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANK PAUL PANGELINAN, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> GREENSCAPES, ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 99-00157 <br><br> **WRIT OF CONTINUING GARNISHMENT** |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, FRANK PAUL PANGELINAN's wages in the amount of $100.00 per pay period;

//

//

//

ORIGINAL

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $100.00 per pay period of FRANK PAUL PANGELINAN, Social Security Number XXX-XX-3903, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

> U.S. District Court of Guam
> 4th Floor, U.S. Courthouse
> 520 West Soledad Avenue
> Hagatna, Guam 96910

**SO ORDERED** this 4 day of April 2006.

*/s/ Roger T. Benitez*
ROGER T. BENITEZ
District Judge

---

* The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.