PANGELINAN_F.taxgar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
APR - 4 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANK PAUL PANGELINAN, ) <br> ) <br> Defendant, ) <br>———————————————) <br> ) <br> DEPARTMENT OF REVENUE ) <br> AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br>———————————————) | CRIMINAL CASE NO. 99-00157 <br><br> **WRIT OF GARNISHMENT** <br> (TAX YEAR 2004) |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant FRANK PAUL PANGELINAN's income tax refund including tax year 2004.

//
//
//
//
//
//
//

ORIGINAL

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income |
| 2 | tax refund including tax year 2004 account of Frank Paul Pangelinan, Social Security Number |
| 3 | XXX-XX-3903, until further notice. |

IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2004 account of Frank Paul Pangelinan, Social Security Number XXX-XX-3903, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

**SO ORDERED** this 4 day of April 2006.

/s/ ROGER T. BENITEZ*
District Judge

---

* The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.