

PANGELINAN_F.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00157 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| FRANK PAUL PANGELINAN, | ) | |
| Defendant, | ) | |
| GREENSCAPES, | ) | |
| Garnishee. | ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Annual Accounting in Garnishment** was sent to the defendant and garnishee by mail on _April 24, 2007_.

MICHELLE PEREZ