ORIGINAL

PANGELINAN_F.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 2 4 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00157 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| FRANK PAUL PANGELINAN, ) | |
| Defendant, ) | |
| GREENSCAPES, ) | |
| Garnishee. ) | |

On or about April 4, 2006, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about October 18, 2007, final payment was

//
//
//
//
//
//

made. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant FRANK PAUL PANGELINAN.

DATED this 23rd day of October, 2007.

                                                          LEONARDO M. RAPADAS
                                                         United States Attorney
                                                         Districts of Guam and the NMI

By: _____
      MARIVIC P. DAVID
      Assistant U.S. Attorney