ORIGINAL

PANGELINAN_F.taxter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

OCT 24 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00157 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO TERMINATE WRIT OF GARNISHMENT** |
| FRANK PAUL PANGELINAN, ) | (Tax Year 2004) |
| Defendant, ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

On or about April 4, 2006, a Writ of Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about July 31, 2007, payment was received.

//
//
//
//
//

-2-

Plaintiff respectfully requests that the Court terminate the Writ of Garnishment (tax year 2004) against Defendant FRANK PAUL PANGELINAN.

DATED this 23rd day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney