1  **PANGELINAN_F.taxterord**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL:  472-7332
6  FAX:  472-7215

7  Attorney's for United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        FOR THE DISTRICT OF GUAM
10

11  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 99-00157
                                       )
12                  Plaintiff,         )
                                       )        **O R D E R**
13           v.                        )
                                       )    Re: United States Motion to Terminate
14  FRANK PAUL PANGELINAN,             )      Writ of Garnishment (Tax Year 2004)
                                       )
15                  Defendant,         )
    _____)
16                                     )
    DEPARTMENT OF REVENUE              )
17    AND TAXATION,                    )
    GOVERNMENT OF GUAM,                )
18                                     )
                    Garnishee.         )
19  _____)

20

21        Based upon the Plaintiff's Motion to Terminate Writ of Garnishment (Tax Year 2004),

22  the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of

23  Garnishment (Tax Year 2004) is hereby terminated.

24        **SO ORDERED**.

25

26                                          **/s/ Frances M. Tydingco-Gatewood**
                                               **Chief Judge**
27                                          **Dated: Oct 24, 2007**

28