ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 25 2007
JEANNE G. QUINATA
Clerk of Court

PANGELINAN_F.facg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 99-00157 |
| Plaintiff, | |
| vs. | FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT |
| FRANK PAUL PANGELINAN, | |
| Defendant, | |

## FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To: Greenscapes
Attn.: Payroll
P.O. Box 326194
Hagåtña, Guam 96932

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about April 4, 2006, $3,532.50 has been withheld from the Judgment Debtor and applied to the judgment debt.

//
//
//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

RESPECTFULLY SUBMITTED this 23rd day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ MARIVIC P. DAVID
MARIVIC P. DAVID
Assistant U.S. Attorney



Single Liability Payment History
United States Department of Justice
Consolidated Debt Collection System

Report Level:　　　　　　　　　　　　　　　　　　　　　　　　　　Report Date: 10/22/2007

Cdcs Nbr 2000B34894　Cdcs Seq 001　Name Last Pangelinan　Name First Frank Paul　Court Nbr CR-99-00157　Priority Code 03 Curr Liability $　0.00

### Payments:

| Seq Financ | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0165 PMNT | | 04/10/2006 | CL | A | 0028411 | | CASH | | 04/18/2006 | $ | 16,250.90 |
| 0189 PMNT | | 05/08/2006 | GC | H | 0028538-Frank | | 1142 | | 05/16/2006 | $ 100.00 | 15,480.52 |
| 0209 PMNT | | 05/22/2006 | GC | H | 0028600 | | 1156 | | 05/31/2006 | $ 100.00 | 14,863.99 |
| 0221 PMNT | | 06/06/2006 | GC | H | 0028683 | | 880 | | 06/12/2006 | $ 100.00 | 14,424.62 |
| 0245 PMNT | | 06/28/2006 | GC | H | 0028842 | | 902 | | 07/05/2006 | $ 100.00 | 13,551.84 |
| 0257 PMNT | | 07/19/2006 | GC | H | 0029036 | | 931 | | 07/27/2006 | $ 100.00 | 13,169.94 |
| 0261 PMNT | | 07/25/2006 | GC | H | 0029073 | | 932 | | 07/31/2006 | $ 100.00 | 13,075.01 |
| 0277 PMNT | | 08/21/2006 | GC | H | 0029634 | | 958 | | 08/30/2006 | $ 100.00 | 12,494.98 |
| 0281 PMNT | | 08/28/2006 | GC | H | 0029734 | | 960 | | 09/07/2006 | $ 100.00 | 12,400.04 |
| 0293 PMNT | | 09/12/2006 | GC | H | 0029907 | | 984 | | 09/20/2006 | $ 100.00 | 11,909.56 |
| 0309 PMNT | | 10/05/2006 | GC | H | 0030116 | | 1002 | | 10/11/2006 | $ 100.00 | 11,321.75 |
| 0313 PMNT | | 10/11/2006 | GC | H | 0030156 | | CK | | 10/16/2006 | $ 100.00 | 11,224.83 |
| 0334 PMNT | | 11/06/2006 | GC | H | 0030355 | | 854 | | 11/13/2006 | $ 200.00 | 10,737.36 |
| 0342 PMNT | | 11/22/2006 | GC | H | 0030465 | | 875 | | 11/27/2006 | $ 100.00 | 10,443.33 |
| 0370 PMNT | | 01/08/2007 | GC | H | 0030738 | | 1208 | | 01/17/2007 | $ 300.00 | 9,051.01 |
| 0378 PMNT | | 01/17/2007 | GC | H | 0030797 | | 1222 | | 01/22/2007 | $ 100.00 | 8,851.85 |
| 0390 PMNT | | 02/13/2007 | GC | H | 0030979 | | 1246 | | 02/20/2007 | $ 200.00 | 8,252.01 |
| 0400 PMNT | | 03/27/2007 | GC | H | 0031199 | | 1286 | | 04/01/2007 | $ 300.00 | 7,452.01 |
| 0435 PMNT | | 06/04/2007 | GC | H | 0031585 | | 1303 | | 06/11/2007 | $ 600.00 | 5,702.01 |
| 0455 PMNT | | 07/31/2007 | GC | H | 0032116 | | 0101688 | | 08/06/2007 | $ 100.00 | 2,591.24 |
| 0463 PMNT | | 08/08/2007 | GC | H | 0032345 | | 169 | | 08/14/2007 | $ 400.00 | 1,991.24 |
| 000500 PMNT | | 10/19/2007 | GC | H | 0033107 | | 241 | | 10/22/2007 | $ 232.50 | 0.00 |

Total:

### Reversals

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|

Total: