```
 1  PANGELINAN_F.facg
 2  LEONARDO M. RAPADAS
    United States Attorney
 3  MARIVIC P. DAVID
    Assistant U.S. Attorney
 4  Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
 5  Hagåtña, Guam  96910-5059
    TEL: (671) 472-7332
 6  FAX: (671) 472-7215
```

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
OCT 2 5 2007
JEANNE G. QUINATA
Clerk of Court

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00157 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| FRANK PAUL PANGELINAN, | ) | |
| Defendant, | ) | |
| GREENSCAPES, | ) | |
| Garnishee. | ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Motion to Terminate Writ of Continuing Garnishment, ORDER Re: United States Motion to Terminate Writ of Continuing Garnishment and Final Accounting Upon Termination Garnishment** were sent to the defendant and garnishee by mail on _October 25, 2007_.

MICHELLE PEREZ